UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:09-cr-430-T-30TBM

STEVEN GRAY WHIDDEN

**PRELIMINARY ORDER OF FORFEITURE
AND FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Preliminary Order of Forfeiture (Doc. 137) for one AA Arms Inc., Model AP9, 9mm Pistol, Serial Number 043154 and 8 rounds of CCI 9mm ammunition. The United States further moved the Court for a Forfeiture Money Judgment in the amount of $6,000.00.  Upon entry, the Preliminary Order of Forfeiture and Forfeiture Money Judgment shall become a final order of forfeiture as to defendant Steven Whidden.

Being fully advised in the premises, the Court hereby finds that the United States has met its burden of establishing the sufficiency of the *nexus* between offense charged in Count Four of the Second Superseding Indictment and the AA Arms Inc., Model AP9, 9mm Pistol, Serial Number 043154 and 8 rounds of CCI 9mm ammunition.

The Court further finds that the United States has established that the defendant obtained at least $6,000.00 in unrecovered Drug Enforcement Administration ("DEA") registered funds as a result of the drug conspiracy alleged in Count One of the Indictment, in violation of 21 U.S.C. § 846.  Accordingly, it is hereby

ORDERED AND ADJUDGED that for good cause shown, the United States' motion (Doc. 137) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of defendant Steven Whidden in the referenced firearm and ammunition is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853 and Rule 32.2(b)(2), defendant Steven Whidden is held jointly and severally liable with co-conspirator Jimmy Lee Frost for a forfeiture money judgment in the amount of $6,000.00, which represents the amount of unrecovered DEA registered funds received as a result of the conspiracy as charged in Count One of the Second Superseding Indictment.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the subject weapon and ammunition and any  property belonging to the defendant, which the United States is entitled to seek as substitute

assets, up to the amount of the $6,000.00 forfeiture money judgment, and to entertain any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on October 4, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-430.forfeit 137.wpd