UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:09-cr-430-T-30TBM

STEVEN GRAY WHIDDEN

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion (Doc. 157) by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7), 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(c)(2) for one AA Arms Inc., Model AP9, 9mm Pistol, Serial Number 043154 and 8 rounds of CCI 9mm ammunition. The Court, being fully advised in the premises, hereby finds as follows:

1. On October 4, 2010, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America Steven Gray Whidden's right, title, and interest in the subject firearm and ammunition. (Doc. 138). The Court also entered a forfeiture money judgment in the amount of $6,000.00. *Id.*

2. On December 8, 2010, defendant Steven Gray Whidden was sentenced and the firearm and ammunition was included in his Judgment. (Docs. 153,156).

3.      In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the referenced firearm and ammunition, on the official government website, www.forfeiture.gov, from October 6, 2010 through November 4, 2010.  (Doc. 148). The publication gave notice to all third parties with a legal interest in the subject firearm and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

4.      No person or entity other than Steven Gray Whidden (whose interest was forfeited to the United States in the Preliminary Order of Forfeiture), is known to have an interest in the firearm or ammunition.  No third party has filed a petition or claimed an interest in the firearm or ammunition, and the time for filing such petition has expired.  Thus, any third-party interest in the property is now barred.

5.      The Court finds that the firearm and ammunition are the property of defendant Steven Gray Whidden.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 157) is **GRANTED**.  It is FURTHER ORDERED that all right, title and interest in the weapon and ammunition are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853(n)(7), 18 U.S.C. §

924(d)(1), 28 U.S.C. § 2461(c) for disposition according to law.

Clear title to the firearm and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on December 13, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2009\09-cr-430.fj forfeit 157.wpd

3